# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018

PHONE: (212) 563-9884 | FAX: (212) 563-9870 | michael@thesamuellawfirm.com

**MICHAEL SAMUEL**                    **December 8, 2025**                    ADMITTED IN NY

VIA ECF
Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

Re:           ***Osvaldo Moreno v. Mama Puebla Corp. et al***
              ***Docket No. 1:25-cv-08421-JMF***

Dear Judge Furman:

This firm represents plaintiff Leydi Viviana Osvaldo Moreno ("Plaintiff") in the above-referenced wage-and-hour action. Pursuant to Your Honor's Order dated November 24, 2025 (ECF No. 12), Plaintiff's Motion for Default Judgment is presently due on December 8, 2025.

The undersigned submits this letter motion, pursuant to Paragraph 2.D. of Your Honor's Individual Rules and Practices in Civil Cases to respectfully request a short 3-day extension of time to file the Motion, from December 8, 2025, to December 11, 2025.

Unfortunately, it has taken longer than anticipated to obtain Plaintiff's executed Declaration to be submitted in support of the Motion. The undersigned expects to receive the signed Declaration imminently and anticipates filing the Motion on or before December 11, 2025.

This is Plaintiff's first request for an extension of time to file the Motion for Default Judgment, and the proposed extension will not affect any other court scheduled appearances or deadlines in this matter.

We appreciate the Court's attention and courtesies as to this matter and are available should Your Honor require any further information.

Application GRANTED. Counsel is reminded that pursuant to the Court's Individual Rules, any future request for extension should be made at least 48 hours prior to the deadline. The Clerk of Court is directed to terminate ECF No. 21.

Respectfully submitted,

*/s/ Michael Samuel*
By: Michael Samuel, Esq.

SO ORDERED.

December 9, 2025