UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                          :
LEYDI VIVIANA OSVALDO MORENO,                             :
                                                          :
                    Plaintiff,                            :
                                                          :
          -v-                                             :          25-CV-8421 (JMF)
                                                          :
MAMA PUEBLA CORP. et al.,                                 :          ORDER OF DISMISSAL
                                                          :
                    Defendants.                           :
                                                          :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Court having already entered a default judgment against Defendant Mama Puebla
Corp., it is ORDERED that above-entitled action against Defendant Leonardo Rodriguez be and
is hereby DISMISSED and discontinued without costs, and without prejudice to the right to
reopen the action **within thirty days** of the date of this Order.

        To be clear, any application to reopen **must** be filed **by the aforementioned deadline**;
any application to reopen filed thereafter may be denied solely on that basis.  **Further, requests
to extend the deadline to reopen are unlikely to be granted.**  Any pending motions are moot.
All conferences are canceled.  The Clerk of Court is directed to close the case.

        SO ORDERED.

Dated: January 13, 2026
        New York, New York          _____
                                         JESSE M. FURMAN
                                    United States District Judge