**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Leydi Viviana Osvaldo Moreno,<br><br>*Plaintiff,*<br><br>- vs. –<br><br>Mama Puebla Corp., and Leonardo Rodriguez,<br><br>*Defendants.* | **DOCKET NO. 1:25-cv-08421-JMF**<br><br>**DEFAULT JUDGMENT** |

This action having been commenced on October 10, 2025, by the filing of the Summons and Complaint; and a copy of the Summons and Complaint having been served on defendant Mama Puebla Corp. on October 21, 2025, by personal service of the Authorized Agent in the Office of the Secretary of State of the State of New York, as per Affidavit of Service which was filed with the District Court; defendant Mama Puebla Corp. has failed to answer or otherwise move with respect to the complaint, and the time for answering the Complaint has been expired, and the Clerk's Certificate of Default has been issued on December 3, 2025; it is:

ORDERED, ADJUDGED AND DECREED: That Plaintiff has judgment against defendant Mama Puebla Corp. in the liquidated amount of $130,056.27, together with $4,755.20 in attorneys' fees, costs and disbursements of this action, amounting in all to $134,811.47.

Dated:   New York, NY
      January 13 , 2026

SO ORDERED:

_____
Jesse M. Furman
United States District Judge